**Supreme Court**
No. 2014-109-M.P.

In the Matter of Thomas J. Howard, Jr.

## ORDER

On March 14, 2014, this Court's Disciplinary Counsel filed a petition pursuant to Article III, Rule 6(e) of the Supreme Court Rules of Disciplinary Procedure requesting that the Court order Thomas J. Howard, Jr. (Howard) to file an answer to a disciplinary complaint. On March 24, 2014, we entered an order reprimanding him for his failure to answer that complaint and directing him to file his answer within ten days. The order further provided that his failure to do so would result in his suspension from the practice of law with no further notice. He was served with that order on March 26, 2014.

On April 14, 2014, Disciplinary Counsel notified this Court that Howard had not complied with our order that he file an answer to that complaint. On April 16, 2014, we entered an order suspending him from the practice of law until further order of this Court.

On April 23, 2014, Howard filed his answer to the disciplinary complaint and filed a petition for reinstatement. He appeared before this Court at its conference on May 1, 2014, to be heard in support of his petition. After hearing the representations of Howard and this Court's Disciplinary Counsel we deem that the petition should be granted. We have previously reprimanded Howard for his failure to respond to the complaint, and we see no need to further reprimand him in this matter.

Accordingly, it is hereby ordered that Thomas J. Howard, Jr., is reinstated to the practice of law in this state.

Entered as an Order of this Court on this **5th** day of May, 2014.

By Order,

_____/s/_____
Clerk


**TITLE OF CASE:**     In the Matter of Thomas J. Howard, Jr.

**CASE NO:**     No. 2014-109-M.P.

**COURT:**     Supreme Court

**DATE ORDER FILED:**     May 5, 2014

**JUSTICES:**     Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**     N/A – Court Order

**JUDGE FROM LOWER COURT**:

    N/A

**ATTORNEYS ON APPEAL:**

    For Petitioner:   David D. Curtin, Esq.
                         Disciplinary Counsel

    For Respondent:  Thomas J. Howard, Jr.
                         Pro Se